IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



IN RE: IN THE MATTER OF:

$402,302.04 UNITED STATES CURRENCY SEIZED
FROM BANK ON BUFFALO SMALL BUSINESS
CHECKING ACCOUNT NO.1307526278 HELD IN THE
NAME OF CWE ENTERTAINMENT CORP. and

$1,796.35 UNITED STATES CURRENCY SEIZED
FROM BANK ON BUFFALO WOW PERSONAL
CHECKING ACCOUNT NO. 1307737396 HELD IN THE
NAME OF ROBERTO M. SOLIMAN,

21-MC-26-JLS

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Paul C. Parisi, Assistant United States Attorney, of counsel, and Rodney O. Personius, Esq., attorney for claimant Roberto Soliman, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Forfeiture be extended from May 17, 2021, to August 17, 2021, upon the Court's approval.

The parties to this Stipulation further agree that Roberto Soliman may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

DATED:   Buffalo, New York, May         , 2021.

Dated: 5/12/21

BY:

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

PAUL C. PARISI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700
paul.parisi@usdoj.gov

Dated: 5/10/21

RODNEY O. PERSONIUS
Attorney for Claimant
2100 Main Place Tower
Buffalo, New York 14202
(716) 855-1050
personiusmelber.com