

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

---

*138 Delaware Avenue*  (716) 843-5700
*Buffalo, New York 14202*  *fax (716) 551-5563*

April 25, 2022

*Via ECF*

Hon. John L. Sinatra, Jr.
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    United States v. $402,302.04 U.S. Currency seized from Bank on Buffalo, et. al.
              21-mc-26-JLS

Dear Judge Sinatra:

      On March 24, 2022, the putative claimant, Roberto Soliman, was indicted. (Docket No. 22-CR-42). In light of the Indictment of Mr. Soliman that includes forfeiture allegations against the defendant property, and pursuant to 18 U.S.C. § 983(a)(3)(C), the government will not seek civil forfeiture of the property. The government's continued possession of the property will be governed by applicable criminal forfeiture statutes, Title 18 U.S.C. §§ 981 and 982.

      The parties agree that this miscellaneous civil matter may be closed.

      Thank you for your consideration in this regard.

                                Respectfully yours,

                                TRINI E. ROSS
                                United States Attorney
                                Western District of New York

                      BY:    *s/PAUL C. PARISI*
                                Assistant United States Attorney

cc:    Rodney G. Personius, Esq.